IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PEPCO ENERGY SERVICES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRIUMPH APPAREL CORP., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:10-cv-699 (AJT/TCB) |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 14) of the Magistrate Judge recommending that default judgment be entered against Triumph Apparel Corp. ("Defendant") in favor of Pepco Energy Services, Inc. (Plaintiff) in the total amount of $412,865.33 plus costs. Specifically, the Magistrate Judge found that Defendant should be required to pay its unpaid balance in the amount of $350,821.00 and late fees in the amount of $62,044.33. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's motion for default judgment (Doc. No. 8) be, and the same hereby is, GRANTED, and judgment be, and the same hereby is, entered against Defendant for a total of $412,865.33 plus costs.

The clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 and 58, and is directed to send a copy of this Order to all counsel of record and to Defendant at the following address:

Corporate Trust Co.
Registered Agent for Triumph Apparel Corp.
1209 Orange St.
Wilmington, DE 19801

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 14, 2011